IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JAMES C. PAFFORD                                                                PETITIONER

v.                                      Case No. 4:19-cv-04142

WENDY KELLEY, Director,                                                RESPONDENT
Arkansas Department of Corrections

## ORDER

Before the Court is Pafford's Petition for Writ of Habeas Corpus. ECF No. 1. Pafford filed this Petition on November 14, 2019. Respondent filed her response on January 15, 2020. ECF No. 7. Upon review of this Petition and the response, the Court finds additional briefing is necessary and directs Pafford to file a reply to the response and respond to the issues raised in the response.

**Pafford is directed to file this reply by July 1, 2020.**

**DATED this 28th day of May 2020.**

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE